UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN RIGGS, | : |
|           Plaintiff, | : |
|     v. | : Case No. 3:07-cv-4860-BRM-DEA |
| SGT. MARTIN HORVATH, *et al.*, | : |
|           Defendants. | : **ORDER** |

**THIS MATTER** having been opened to the Court on the Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., dated October 30, 2020 (ECF No. 131); the parties having been given the opportunity to respond or object to Judge Arpert's Report and Recommendation within fourteen days thereof, pursuant to Local Civil Rule 72.1(c)(2); the parties having not responded or objected to the Report and Recommendation as of that date; the Court having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 4th day of February 2021,

**ORDERED** that the Report and Recommendation (ECF No. 131) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that Plaintiff's Motion to Reopen be **DENIED** and the matter is **DISMISSED WITH PREJUDICE**, and it is finally

**ORDERED** that this case be marked **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE